**Order entered March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01666-CR
No. 05-12-01667-CR

**ERASMO GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F11-58343-Y, F10-61584-Y**

## ORDER

We **GRANT** Official Court Reporter Sharon Hazlewood's March 17, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **FOURTEEN DAYS** from the date of this order.

If the reporter's record is not filed by the due date, the appeals will be abated for a hearing in the trial court regarding the status of the reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission, to Sharon Hazlewood.

/s/    LANA MYERS
        JUSTICE